**John EDMOND; Pamela Lyles, Plaintiffs–Appellants,**

v.

**Judy NIGH; Snowden Chase Realty; Edward J. Maher; Prince George's County, Maryland; Prince George's County Sheriff's Office; Unidentified Officers 1 and 2; State of Maryland, Defendants–Appellees.**

**No. 07–1151.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

John Edmond, Pamela Lyles, Appellants Pro Se. Juliane Corroon Miller, Hudgins Law Firm, Alexandria, Virginia; William Leonard Mitchell, II, Eccleston & Wolf, PC, Washington, D.C.; Rajeshanand Kumar, Prince Georges County Office of Law, Upper Marlboro, Maryland; Cynthia G. Peltzman, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Edmond and Pamela Lyles appeal the district court's order dismissing their civil action arising out of their eviction from an apartment in Laurel, Maryland. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Edmond v. Nigh*, No. 8:05–cv02750–DKC (D.Md. Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*